COLONIAL TRUST COMPANY (Originally Suing Herein as HIBERNIA TRUST COMPANY), as Successor Trustee, etc., Respondent, v. BUFF BUILDING, INC. (Originally Sued Herein as HOFFMAN BUILDING, INC.), and Others, Appellants, ENTREPRENEUR

STORES, INC., and Others, Defendants. INDEPENDENT CORPORATION (Now MOTORS REALTY CORPORATION), Purchaser-Respondent.— Order, so far as appealed from, denying cross-motion of defendants-appellants to vacate so much of judgment of foreclosure and sale as provides for a deficiency judgment against said defendants and for other relief, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.